OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 21, 2005

**Peter B. Ladig**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Edmond D. Johnson**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

   RE: <u>True North Composite v. Trinity Industries</u>
      CA 99- 783 KAJ

Dear Counsel:

  The Clerk's Office is currently in the process of returning Trial Exhibits in Judge Jordan's closed cases. Presently we have **3 Binders** of jointly admitted trial exhibits to return to you. Please confer with each other and contact the undersigned to schedule pick-up of these exhibits.

  <u>***If counsel does not place their order to claim Trial Exhibits by 8/27/05*, the Clerk will destroy any unclaimed exhibits.**</u>

  Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

      Sincerely,

      By: _____
      Bob Cruikshank
      Deputy Clerk